IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JANET TRAWICK, <br> on behalf of Plaintiff and the class members described below, <br><br> Plaintiff, <br><br> vs. <br><br> NORTHERN STAR LENDING LLC; <br> CRYSTAL CHAPMAN-CHEVALIER; <br> WOLF RIVER DEVELOPMENT COMPANY; <br> and JOHN DOES 1-20, <br><br> Defendants. | 1:24-cv-01276-RLY-KMB |

## NOTICE OF SETTLEMENT & REQUEST TO STAY DEADLINES

Plaintiff Janet Trawick and Defendants Northern Star Lending LLC, Crystal Chapman-Chevalier, and Wolf River Development Company, hereby notify this Court that they have settled this case in principle and expect to file dismissal papers within the next sixty (60) days. The parties respectfully request that all deadlines be stayed while they negotiate a written settlement agreement.

Respectfully submitted,

| | |
|---|---|
| *s/ Heather Kolbus* <br> Daniel A. Edelman <br> Heather Kolbus <br> Lucas M. Coughlin <br> EDELMAN, COMBS, LATTURNER <br>     & GOODWIN, LLC <br> 20 S. Clark Street, Suite 1800 <br> Chicago, IL  60603 <br> (312) 739-4200 | *s/ Mark Bogdanowicz (w/ consent)* <br> Mark Bogdanowicz <br> SPENCER FANE, LLP <br> 1000 Walnut Street, Suite 1400 <br> Kansas City, MO  64106 <br> (816) 474-8100 |

## **CERTIFICATE OF SERVICE**

      I, Heather Kolbus, hereby certify that on October 11, 2024, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record.

                                      */s/ Heather Kolbus*
                                      Heather Kolbus