**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| JANET TRAWICK, | ) | |
| on behalf of Plaintiff and the class members | ) | |
| described below, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:24-cv-01276-RLY-KMB |
| | ) | |
| NORTHERN STAR LENDING LLC; | ) | |
| CRYSTAL CHAPMAN-CHEVALIER; | ) | |
| WOLF RIVER DEVELOPMENT COMPANY; | ) | |
| and JOHN DOES 1-20, | ) | |
| | ) | |
| Defendants. | ) | |

> ACKNOWLEDGED. Defendants Northern Star Lending LLC, Crystal Chapman-Chevalier and Wolf River Development Company are dismissed with prejudice. The case as to Defendants John Does 1-20 is dismissed without prejudice.
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 11/20/2024

## STIPULATION TO DISMISS

Now come the Parties Plaintiff Janet Trawick ("Plaintiff") and Defendants Northern Star Lending LLC, Crystal Chapman-Chevalier, and Wolf River Development Company (collectively, "Defendants") by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's individual claims against Defendants with prejudice and without costs. Plaintiff's class claims are dismissed without prejudice and without costs. Plaintiff's claims against Defendants John Does 1-20 are dismissed without prejudice and without costs.

Respectfully submitted,

<table>
<tr><td>

s/ Heather Kolbus
Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200

</td><td>

s/ Mark Bogdanowicz (w/ consent)
Mark Bogdanowicz
SPENCER FANE, LLP
100 Walnut Street, Suite 1400
Kansas City, MO 64106
(816) 474-8100

</td></tr>
</table>